445 A.2d 98

**COMMONWEALTH of Pennsylvania,**

v.

**Robert Bruce CUNNINGHAM, Appellant.**

Supreme Court of Pennsylvania.

Argued April 22, 1982.

Decided May 19, 1982.

H. William Koch, Milton, for appellant.

Thomas E. Boop, Sunbury, James J. Rosini, Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Orders and judgment of sentence affirmed.